```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                     ASHEVILLE DIVISION
                      No. 1:22-CV-218
```

JASMINE METCALF,                    )
                                    )
                                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )
KILOLO KIJAKAZI,                    )
                                    )      ORDER FOR REMAND
                                    )
                                    )
Acting Commissioner of              )
Social Security                     )
                                    )
        Defendant.                  )
                                    )
_____)

This matter is before the court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding, including a new administrative hearing.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further administrative proceedings, including a new hear. *See Shalala v.*

1

*Schaefer*, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: January 18, 2023

Graham C. Mullen
United States District Judge

2